# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0380

_____

MARCELL RICHIE,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

July 24, 2019

PER CURIAM.

   AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marcell Richie, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.